UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MUTO,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF MENDOCINO,<br><br>        Defendant. | Case No. 20-cv-06232-SK<br><br>**JUDGMENT** |

In accordance with the Court's Order granting Defendant's motion for summary judgment dated May 3, 2022, judgment is HEREBY ENTERED in favor of Defendant as to all of Plaintiff's remaining claims. This constitutes a final judgment under Federal Rule of Civil Procedure 58. The Clerk is directed to close the file

**IT IS SO ORDERED**.

Dated: May 3, 2022

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge